Judge Kathleen Cardone

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED

2011 JUL 27   PM 3: 55

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | § CRIMINAL NO. |
| | § |
| Plaintiff, | § **SEALED** |
| | § **I N D I C T M E N T** |
| v. | § |
| | § **CT 1:** 21:963, 952(a) & 960(a)(1)-Conspiracy to |
| ROGELIO MACIAS (1), | § Import a Controlled Substance; and |
| LUIS SERRANO (2), | § **CT 2:** 21:846 & 841(a)(1)-Conspiracy to |
| ALBERTO BENAVIDEZ (3), | § Possess a Controlled Substance with |
| RENE OCTAVIO MACIAS (4), | § Intent to Distribute. |
| JIMMIE WILLIAMS (5), | § |
| HORACIO LICANO PACHECO (6), | § **Notice of Government's Demand for** |
| a.k.a. "Ora" | § **Forfeiture** |
| ARMANDO GARCIA LOPEZ (7), | § |
| CESAR CARDOZA (8), | § |
| a.k.a. "Moreno" | § |
| RUBY CENICEROS (9), | § |
| ANTONIO ESPINDOLA III (10), | § |
| a.k.a. "Tony" | § |
| VICTOR MANUEL CASILLAS (11), | § |
| RENE PENA-ESPARZA (12), | § |
| ANDRES VASQUEZ (13), | § |
| MANUEL STEELE (14), | § |
| ENRIQUE PARRA (15), and | § |
| a.k.a. "Uncle" | § |
| AVILIO ROBERTO ALONSO-GRACIA (16), | § |
| a.k.a. "Cuba" | § |

EP11CR1827

Defendants.

THE GRAND JURY CHARGES:

## GENERAL ALLEGATION

1.    At various times material to this Indictment, the defendants named herein were associated

with an El Paso, Texas based Drug Trafficking Organization led by Rogelio Macias and Luis

Serrano.

## SPECIFIC ALLEGATIONS

## COUNT ONE
### (21 U.S.C. § 963, 952(a) & 960(a)(1))

2.    Paragraph 1 is realleged and incorporated herein.

3.     That beginning in or about 2004, and continuing to and including the date of the return of this

Indictment, in the Western District of Texas, Southern District of Texas, and elsewhere, Defendants,

**ROGELIO MACIAS (1),**
**LUIS SERRANO (2),**
**ALBERTO BENAVIDEZ (3),**
**RENE OCTAVIO MACIAS (4),**
**JIMMIE WILLIAMS (5),**
**HORACIO LICANO PACHECO (6)**
**a.k.a. "Ora"**
**ARMANDO GARCIA LOPEZ (7)**
**CESAR CARDOZA (8)**
**a.k.a. "Moreno"**
**RUBY CENICEROS (9),**
**ANTONIO ESPINDOLA III (10)**
**a.k.a. "Tony"**
**VICTOR MANUEL CASILLAS (11),**
**RENE PENA-ESPARZA (12),**
**ANDRES VASQUEZ (13),**
**MANUEL STEELE (14),**
**ENRIQUE PARRA (15), and**
**a.k.a. "Uncle"**
**AVILIO ROBERTO ALONSO-GRACIA (16)**
**a.k.a. "Cuba"**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together,

and with each other, and with others to the Grand Jury unknown, to commit offenses against the

United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired

to import a controlled substance, to wit: marijuana; or a mixture or substance containing marijuana,

a Schedule I Narcotic Controlled Substance into the United States from Mexico, contrary to Title

21, United States Code, Sections 963, 952(a), & 960(a)(1).

## MARIJUANA QUANTITIES ATTRIBUTABLE TO CO-CONSPIRATORS

4.     Defendants, ROGELIO MACIAS (1), LUIS SERRANO (2), ALBERTO BENAVIDEZ (3),

RENE OCTAVIO MACIAS (4), and JIMMIE WILLIAMS (5) are responsible for conspiring to

import 1000 kilograms or more of marijuana in violation of Title 21, United States Code, Sections

963, 952(a), 960(a)(1), & 960(b)(1)(G).

5.      Defendants, HORACIO LICANO PACHECO a.k.a. "Ora" (6), ARMANDO GARCIA

LOPEZ (7), CESAR CARDOZA a.k.a. "Moreno"(8), RUBY CENICEROS (9), ANTONIO

ESPINDOLA III (10) VICTOR MANUEL CASILLAS (11), RENE PENA-ESPARZA (12),

ANDRES VASQUEZ (13), MANUEL STEELE (14), ENRIQUE PARRA a.k.a. "Uncle" (15), and

AVILIO ROBERTO ALONSO-GRACIA, a.k.a. "Cuba" (16), are responsible for conspiring to

import 100 kilograms or more of marijuana into the United States from Mexico in violation of Title

21, United States Code Sections 963, 952(a), 960(a)(1),& 960(b)(2)(G)).

## COUNT TWO
(21 U.S.C. §§ 846 & 841(a)(1))

6.      Paragraph 1 is realleged and incorporated herein.

7.      That beginning in or about 2004, and continuing to and including the date of the return of this

Indictment, in the Western District of Texas, Southern District of Texas, and elsewhere, Defendants,

**ROGELIO MACIAS (1),**
**LUIS SERRANO (2),**
**ALBERTO BENAVIDEZ (3),**
**RENE OCTAVIO MACIAS (4),**
**JIMMIE WILLIAMS (5),**
**HORACIO LICANO PACHECO (6)**
**a.k.a. "Ora"**
**ARMANDO GARCIA LOPEZ (7)**
**CESAR CARDOZA (8)**
**a.k.a. "Moreno"**
**RUBY CENICEROS (9),**
**ANTONIO ESPINDOLA III (10)**
**a.k.a. "Tony"**
**VICTOR MANUEL CASILLAS (11),**
**RENE PENA-ESPARZA (12),**
**ANDRES VASQUEZ (13),**
**MANUEL STEELE (14),**
**ENRIQUE PARRA (15), and**
**a.k.a. "Uncle"**

3

### AVILIO ROBERTO ALONSO-GRACIA (16)
### a.k.a. "Cuba"

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, to wit: marijuana, or a mixture or substance containing a detectable amount of marijuana, a Schedule I Narcotic Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 846 & 841(a)(1).

### MARIJUANA QUANTITIES ATTRIBUTABLE TO CO-CONSPIRATORS

8.     Defendants, ROGELIO MACIAS (1), LUIS SERRANO (2), ALBERTO BENAVIDEZ (3), RENE OCTAVIO MACIAS (4), and JIMMIE WILLIAMS (5) are responsible for conspiring to possess with the intent to distribute 1000 kilograms or more of marijuana in violation of Title 21, United States Code, Sections 846, 841(a)(1), & 841(b)(1)(A)(vii).

9.     Defendants, HORACIO LICANO PACHECO (6), ARMANDO GARCIA LOPEZ (7), CESAR CARDOZA a.k.a. "Moreno" (8), RUBY CENICEROS (9), ANTONIO ESPINDOLA III (10) VICTOR MANUEL CASILLAS (11), RENE PENA-ESPARZA (12), ANDRES VASQUEZ (13), MANUEL STEELE (14), ENRIQUE PARRA (15), and AVILIO ROBERTO ALONSO-GRACIA (16), are responsible for conspiring to possess with intent to distribute 100 kilograms or more of marijuana in violation of Title 21, United States Code Sections 846, 841(a)(1), & (b)(1)(B)(vii).

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
#### (21 U.S.C. §§ 853 and 970)

As a result of committing one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, Defendants,

**ROGELIO MACIAS (1),**
**LUIS SERRANO (2),**
**ALBERTO BENAVIDEZ (3),**
**RENE OCTAVIO MACIAS (4),**
**JIMMIE WILLIAMS (5),**
**HORACIO LICANO PACHECO (6)**
**a.k.a. "Ora"**
**ARMANDO GARCIA LOPEZ (7)**
**CESAR CARDOZA (8)**
**a.k.a. "Moreno"**
**RUBY CENICEROS (9),**
**ANTONIO ESPINDOLA III (10)**
**a.k.a. "Tony"**
**VICTOR MANUEL CASILLAS (11),**
**RENE PENA-ESPARZA (12),**
**ANDRES VASQUEZ (13),**
**MANUEL STEELE (14),**
**ENRIQUE PARRA (15), and**
**a.k.a. "Uncle"**
**AVILIO ROBERTO ALONSO-GRACIA (16)**
**a.k.a. "Cuba"**

shall forfeit to the United States any property constituting, or derived from, any proceeds that said

defendants obtained directly or indirectly as a result of the said violations, and any and all property

used or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

such violations, including but not limited to a sum of money equal to the amount of proceeds

generated by the offenses, for which the defendants are jointly and severally liable.

## SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the

defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

5

e.      has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other

property of said defendants up to the value of the above forfeitable property.

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY:

Assistant U.S. Attorney