# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 19, 2013

Mr. William Putnicki  
Western District of Texas, El Paso  
United States District Court  
525 Magoffin Avenue  
Room 108  
El Paso, TX 79901-0000

    No. 13-50251    USA v. Horacio Pacheco  
                        USDC No. 3:11-CR-1827-6

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____  
                                   Nancy F. Dolly, Deputy Clerk  
                                   504-310-7683

cc: (letter only)  
    Mr. Joseph H. Gay Jr.  
    Mrs. Ellen A. Lockwood  
    Mr. Thomas E. Stanton

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-50251

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

HORACIO LICANO PACHECO, also known as Ora,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, El Paso

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's opposed motion to dismiss the appeal is GRANTED.

    IT IS FURTHER ORDERED that appellee's alternative motion to extend the time for filing their brief for thirty (30) days from this Court's denial of the motion to dismiss is DENIED AS MOOT.

ISSUED AS MANDATE: NOV 1 9 2013

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana    NOV 1 9 2013