EP-11-CR-1827-K

12-1-2014

Honorable Judge Kathleen Cardone

I'm asking you to please considerate me an extension of time for me to respond you back. For the reason that I'm still waiting for my transfer and I don't have access to my legal papper work, I also don't have the new address of the next prision I'm going to. The warden of this prision tells me that in the next 15 to 30 days I will be in the next prision. As soon as possible when I arrive I'll get in contact with you Honorable Judge Kathleen Cardone.

Respectfully yours

Horacio Licano Pacheco
81458280

Horacio Liceano Pacheco
81458280
Federal Correctional Institution
McDowell P.O. Box 1049
Welch, WV. 24801

LEGAL MAIL

7590125706730

Clerk U.S. District court
H. Judge Kathleen Cardone
Western District of Texas
United States courthouse
525 Magoffin Avenue, Room 105
El Paso TX 79901

