**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here: 4/15/15

Sent To: Horacio Licano Pacheco
81458-280
Street & Apt. No., or PO Box No.: FCI Herlong
P.O. BOX 800
City, State, ZIP+4: Herlong, CA. 96113
EP-11-CR-1827-KC-6 doc #914 vm

PS Form 3800, July 2014                See Reverse for Instructions

Tracking: 7014 2870 0002 2431 7217