# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| HORACIO LICANO PACHECO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | EP-14-CV-384-KC |
| | § | EP-11-CR-1827-KC-6 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the Order the Court signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Movant Horacio Licano Pacheco's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence is **DENIED** and his civil cause is **DISMISSED WITH PREJUDICE**.

**IT IS ALSO ORDERED** that Movant Horacio Licano Pacheco is **DENIED** a **CERTIFICATE OF APPEALABILITY**.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this 1st day of July, 2016.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE