IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| HORACIO LICANO PACHECO, | § | |
| Reg. No. 81458-280, | § | |
|     Movant, | § | |
| | § | EP-14-CV-384-KC |
| v. | § | EP-11-CR-1827-KC-6 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER WITHDRAWING REFERRAL TO MAGISTRATE JUDGE AND GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Movant Horacio Licano Pacheco seeks leave to proceed *in forma pauperis* with an appeal of the Court's memorandum opinion and order and final judgment denying his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence (ECF No. 1020).[1]  For the reasons outlined below, the Court will grant Pacheco's motion.

To proceed *in forma pauperis* on appeal, pursuant to Federal Rule of Appellate Procedure 24, a party must be economically eligible and take his appeal in good faith.[2]  A prisoner establishes his economic eligibility by submitting a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of his legal action.[3]  A party demonstrates his good faith when he seeks appellate review of any non-frivolous issue, but

---

[1] "ECF No." in this context refers to the Electronic Case Filing number for documents docketed in EP-11-CR-1827-KC-6.

[2] Fed. R. App. P. 24(a); *Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983).

[3] *Cf.* 28 U.S.C. § 1915(a)(2) (2012) (requiring a prisoner seeking to appeal a judgment in a civil action without prepaying fees to file a certified copy of the trust fund account statement).

he need not show probable success on the merits.[4] The reviewing court may only examine whether the appeal involves "legal points arguable on their merits (and therefore not frivolous)."[5]

Pacheco provides information concerning his prisoner trust fund account which indicates he is economically eligible to proceed *in forma pauperis*. Moreover, the Court finds that Pacheco may raise a non-frivolous or colorable issue on appeal.

Accordingly, the Court **WITHDRAWS** the referral of this motion to the United States Magistrate Judge and **GRANTS** Pacheco's motion to proceed *in forma pauperis*. The Court **DIRECTS** the Clerk of the District Court to immediately notify the parties and the Fifth Circuit Court of Appeals of this order.

**SO ORDERED.**

**SIGNED this 13th day of December, 2016.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

---

[4] *Howard,* 707 F. 2d at 220.

[5] *Id.* (quoting *Anders v. California*, 386 U.S. 738, 744 (1967)).